IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16-cv-384

| | |
|---|---|
| DON FRANK BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| GEORGIA PACIFIC LLC f/k/a Georgia ) | |
| Pacific Corporation, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on Kenneth Kyre, Jr.'s Application for Admission to Practice *Pro Hac Vice* of Cori Cudabac Steinmann. It appearing that Cori Cudabac Steinmann is a member in good standing with the California and Texas State Bars and will be appearing with Kenneth Kyre, Jr., a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

IT IS, THEREFORE, ORDERED that Kenneth Kyre, Jr.'s Application for Admission to Practice Pro Hac Vice (#9) of Cori Cudabac Steinmann is

**GRANTED**, and that Cori Cudabac Steinmann is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Kenneth Kyre, Jr.

Signed: January 10, 2017

Dennis L. Howell
United States Magistrate Judge